FILED

02/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0406

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0406

STATE OF MONTANA,

  Plaintiff and Appellee,

vs.

DAVID ALLEN PEIN,

  Defendant and Appellant.

---

**GRANT**

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 30, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 23 2024